IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENNIS DAVIS,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**B. JOHNSON, et al.,**<br><br>　　　　　Defendants. | Case No. 2:17-cv-00544 JAM CKD P<br><br>**ORDER** |

　　The Court, having considered Defendants' motion to modify the discovery and scheduling order, and good cause appearing:

　　**IT IS HEREBY ORDERED** that the impending pretrial motion deadline set in the Court's October 25, 2017 discovery and scheduling order is extended until thirty days after the district court issues an order on the April 18, 2018 findings and recommendations.

Dated: April 25, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1