UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>B. JOHNSON, et al.,<br><br>    Defendants. | No. 2:17-cv-0544 JAM CKD P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 18, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.[1]

/////

---

[1] In his objections, plaintiff asks that if the court were to adopt the pending findings and representations, plaintiff be granted leave to file an amended complaint. Plaintiff is free to submit a motion for leave to amend which would be considered by the magistrate judge. If plaintiff does file a motion for leave to amend, he must also submit a proposed amended complaint so that the amended complaint may be screened pursuant to 28 U.S.C. § 1915A(a).

1

1     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 18, 2018, are adopted in full; and
2. Any Fourteenth Amendment claim identified by plaintiff in his complaint is dismissed.

DATED: June 5, 2018

                                              /s/ John A. Mendez

                                              UNITED STATES DISTRICT COURT JUDGE