IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENNIS DAVIS,** | Case No. 2:17-cv-00544 JAM CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **B. JOHNSON, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' request for an extension of time and declaration of counsel, and good cause appearing:

**IT IS HEREBY ORDERED** that the pretrial motion deadline is extended up to and including, July 20, 2018.

Dated: June 18, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE