UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>B. JOHNSON, et al.,<br><br>    Defendants. | No. 2:17-cv-0544 JAM CKD P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 13, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 13, 2019, are adopted in full;

2. Defendants' motion for summary judgment (ECF No. 37) is granted as to defendants Johnson, Graves, LaPastora and Ingram acting in their individual capacities and all defendants acting in their official capacities; and

3. Denied as to plaintiff's claim arising under the Eighth Amendment against defendant Gallegos acting in his individual capacity.

DATED: June 19, 2019

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE