UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS DAVIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>B. JOHNSON, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-0544 JAM CKD P<br><br><br>ORDER |

　　　Plaintiff, a California prisoner proceeding pro se, has filed a motion in limine concerning evidence defendant Gallegos may seek to introduce at trial. Because motions in limine will be decided by the district court judge assigned to this case at commencement of trial, and because a trial date has not yet been set, plaintiff's motion's will be denied without prejudice to refiling no earlier than 60 days before trial.

　　　Plaintiff has also filed a motion to compel asking that defendant Gallegos be ordered to provide plaintiff with certain documents. Discovery is closed and plaintiff does not show cause for re-opening discovery nor provide any legitimate reason as to why he did not seek the documents during the discovery period.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's June 4, 2020 motion in limine is denied without prejudice to refiling no earlier than 60 days before trial; and

2. Plaintiff's June 4, 2020 motion to compel is denied.

Dated: June 8, 2020

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
davi0544.mil