# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

DENNIS DAVIS,                                No. 2:17-cv-0544 JAM CKD P

      Plaintiff,

     v.

B. JOHNSON, et al.,

      Defendants.                  **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

_____/

Dennis Davis, CDCR # E-66404, a necessary and material witness in a settlement conference in this case on March 24, 2022, is confined in the California Health Care Facility (CHCF), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman, by **Zoom video conference** from his place of confinement, on **Thursday, March 24, 2022 at 1:30 p.m.**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at the California Health Care Facility at (209) 467-2676 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Alexandra Waldrop, Courtroom Deputy, at awaldrop@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CHCF, 7707 Austin Road, Stockton, California 95215:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: January 25, 2022

                                                              _/s/ Carolyn K. Delaney_
                                                              CAROLYN K. DELANEY
                                                              UNITED STATES MAGISTRATE JUDGE